**RICHARD B. LIND**

ATTORNEY AT LAW

488 MADISON AVENUE

19TH FLOOR

NEW YORK, N.Y. 10022

———

TELEPHONE (212) 888-7725

FACSIMILE (212) 371-2961

E-MAIL: rlindesq@aol.com

WEBSITE: www.richardlindlawyer.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-19-12

March 16, 2012

By Fax ((212) 805-7949

Hon. P. Kevin Castel
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Emilio Fusco,
      ~~10 Cr. 431 (CM)~~
      09 Cr. 1239 (PKC)

Dear Judge Castel:

I am writing to request a two-day extension of time for defendant Fusco to respond to the government *in limine* motion, from March 19 to March 21, 2012, and for a corresponding extension of time for the government to file any reply, to April 2, 2012. I have spoken with AUSA Nicholas McQuaid, and can inform the Court that the government does not oppose my request for a short extension of time; nor do I oppose the government's corresponding request. Accordingly, it is respectfully requested that parties' requests be granted.

Thank you for the Court's consideration of these requests.

Respectfully submitted,

Richard B. Lind

cc: AUSA Nicholas McQuaid (by fax)

*Application granted.
SO ORDERED
[signature]
USDJ
3-16-12*