UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    09-cr-1239 (PKC)

            -against-

                                                    ORDER

EMILIO FUSCO,

                        Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Richard Lind is appointed CJA counsel to defendant Emilio Fusco for the limited

purpose of representing him on a compassionate release application.

        SO ORDERED.

                                    _____
                                          P. Kevin Castel
                                    United States District Judge


Dated: New York, New York
       July 1, 2020