UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                       09-cr-1239 (PKC)

      -against-

                                                    <u>ORDER</u>

EMILIO FUSCO,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        Richard Lind is relieved as counsel for Emilio Fusco.  Camille Abate is appointed pursuant to the CJA for the limited purpose of representing Mr. Fusco on a compassionate release application.

        SO ORDERED.

                                                      P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
        July 16, 2020