United States District Court
Southern District of New York

---

United States of America,

    Plaintiff,

V.

Emilio Fusco,

    Defendant.

---

Cr. No. 09-CR-1239 (PKC)

Related Compassionate Release Or

Sentence Reduction

Affidavit of Oswaldo Ornelas

Commonwealth of Massachusetts)
                              ) SS.:
County of Hampden         )

I, Oswaldo Ornelas, being duly sworn, declare under penalty of perjury that the following statements are true and correct:

1. I reside at FMC Devens, Unit JB, PO Box 879, Ayer, Massachusetts.

2. I submit this affidavit in support of the Motion of Petitioner Emilio Fusco pursuant to 3582(c)(1)(A) for compassionate release or sentence reduction. I base affidavit on personal knowledge, except where otherwise indicated.

3. I am an inmate with a diabetes condition and kidney disease who is confined to a wheelchair. Emilio Fusco has been helping me get to all of my appointments. He sits down with me every day through my stress and helps me in filing legal matters for compassionate release.

I further certify under penalty of purjury that the foregoing is true and correct. Title 28 U.S.C. Section 1746.

Respectfully Submitted this 13 day of AUG, 2020.

*Oswaldo Ornelas*

Oswaldo Ornelas
Inmate No. 52320-298
FMC Devens, Unit JB
PO Box 879
Ayer, MA 01432

United States District Court
Southern District of New York

-----------------------------------
**United States of America,**

   **Plaintiff,**

v.

**Emilio Fusco**

   **Defendant.**
-----------------------------------

Crim No. 09-CR-1239 (PKC)

Related Compassionate Release Or

Sentence Reduction

Affidavit of David Morrow

Commonwealth of Massachusetts)
                         )SS.:
County of Hampden         )

    I, David Morrow, being duly sworn, declare under penalty of perjury that the following statements are true and correct:

1. I reside at FMC Devens, Unit J.B., PO Box 879 Ayer, MA.

2. I submit this affidavit in support of the Motion of Petitioner Emilio Fusco Pursuant to 3582(c)(1)(A) for Compassionate Release or Sentence Reduction. I base affidavit on personal knowledge, except where otherwise indicated.

3. I am an inmate with diabetes and a stage three kidney disease. I also have a below-the-knee amputation on the left leg. I'm confined to a wheel chair. For the past two years, Emilio Fusco has been my companion. He helps me to the chow hall three times per

day, as well as to medical, recreation, and other areas of FMC Devens.

I further certify under penalty of perjury that the foregoing is true and correct. Title 28 U.S.C Section 1746.

Respectfully submitted this 5 day of August, 2020.

*David Morrow*

David Morrow
Inmate No. 21500-076
FMC Devens, Unit JB
PO Box 879
Ayer, MA 01432

United States District Court
Southern District of New York

---

United States of America,

    Plaintiff,

v.

Emilio Fusco,

    Defendant.

---

Cr. No. 09-CR-1239 (PKC)

Related Compassionate Release Or

Sentence Reduction

Affidavit of Jeffrey Hatcher

Commonwealth of Massachusetts)
                            )SS.:
County of Hampden       )

I, Jeffrey Hatcher, being duly sworn, declare under penalty of perjury that the following statements are true and correct:

1. I reside at FMC Devens, Unit JB, PO Box 879, Ayer, Massachusetts

2. I submit this affidavit in support of the Motion of Petitioner Emilio Fusco pursuant to 3582(c)(1)(A) for compassionate release or sentence reduction. I base this affidavit on personal knowledge, except where otherwise indicated.

3. I am an inmate who is confined to a wheel chair with abnormal involuntary movements, hypertension, chronic asthma and other medical problems (muscular atrophy of the lower extremities due to demyelinating disease). Emilio Fusco is the person who always provides me

with substantial help by giving me emotional support and by getting my meals and pushing me around the unit.

I further certify under penalty of perjury that the foregoing is true and correct. Title 28 U.S.C. Section 1746.

Respectfully submitted this 5 day of august, 2020.

Jeffrey Hatcher
Inmate No. 83431-020
FMC Devens, Unit JB
PO Box 879
Ayer, MA 01432

United States District Court
Southern District of New York

---

United States of America,

    Plaintiff,

v.

Emilio Fusco

    Defendant.

Cr. No. 09-CR-1239 (PKC)

Related Compassionate Release Or

Sentence Reduction

---

Affidavit of Francisco Pagan Mora

Commonwealth of Massachusetts)
                           )SS.:
County of Hampden        )

I, Francisco Pagan Mora, being duly sworn, declare under penalty of perjury that the following statements are true and correct:

1. I reside at FMC Devens, Unit JB, PO Box 879, Ayer, Massachusetts.

2. I submit this affidavit in support of the Motion of Petitioner Emilio Fusco pursuant to 3582(c)(1)(A) for compassionate release or sentence reduction. I base affidavit on personal knowledge, except where otherwise indicated.

3. I am an inmate who suffers from paraplegia, major depressive disorder and other health problems. Recently, Emilio Fusco has been helping me with my depression, and provides me with support by lifting any heavy objects inside our housing unit, JB.

I further certify under penalty of perjury that the foregoing is true and correct. Title 28 U.S.C. Section 1746.

Respectfully submitted this 5 day of August, 2020.

*Francisco Pagan Mora*

Francisco Pagan Mora
Inmate No. 48767-069
FMC Devens, Unit JB
PO Box 879
Ayer, MA 01432

United States District Court
Southern District of New York

---

**United States of America,**

    **Plaintiff,**

**V.**

**Emilio Fusco,**

    **Defendant.**

---

Cr. No. 09-CR-1239 (PKC)

Related Compassionate Release Or

Sentence Reduction

Affidavit of Wilfredo Florez

Commonwealth of Massachusetts)
                         )SS.:
County of Hampden         )

I, Wilfredo Florez, being duly sworn, declare under penalty of perjury that the following statements are true and correct:

1. I reside at FMC Devens, Unit JB, PO Box 879, Ayer, Massachusetts.

2. I submit this affidavit in support of the motion of Petitioner Emilio Fusco pursuant to 3582(c)(1)(A) for compassionate release or sentence reduction. I base this affadavit on personal knowledge, except where otherwise indicated.

3. I am an inmate at FMC Devens who suffers from polyneuropathy malignant disease, eye problems and other complications. Emilio Fusco helps me out by filing paperwork related to compassionate release.

I further certify under penalty of perjury that the foregoing is true and correct. Title 28 U.S.C. Section 1746.

Respectfully Submitted this __5__ day of __August__, 2020.

Wilfredo Florez
Inmate No. 40421-018
FMC Devens, Unit JB
PO Box 879
Ayer, MA 01432