UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                    09-cr-1239 (PKC)

      -against-

                                                                   ORDER

EMILIO FUSCO,

                     Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court will hold a teleconference in this matter on November 19, 2020 at 12:00 PM.  The dial-in information for this proceeding is as follows:

        <u>Dial-in</u>:     (888) 363-4749

        <u>Access Code</u>:  3667981

        SO ORDERED.

                                                               P. Kevin Castel
                                                       United States District Judge

Dated:  New York, New York
           November 18, 2020