UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                           09-cr-1239 (PKC)

     -against-

                                                                            <u>ORDER</u>

EMILIO FUSCO,

              Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        For reasons stated in the transcript of proceedings on November 19, 2020, the motion of defendant Emilio Fusco for a sentence reduction for extraordinary and compelling reasons is DENIED.

        SO ORDERED.

                                                                P. Kevin Castel
                                                         United States District Judge

Dated:  New York, New York
           December 3, 2020