UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                               No. 09-CR-01239

                         Plaintiff,

          -against-

EMILIO FUSCO,

                        Defendant.
--------------------------------------------------------x

## ORDER

The Court has received and reviewed Defendant's "motion for the recusal of [J]udge Castel."  Defendant is requesting that the undersigned either reassign the case or direct Judge Castel to recuse himself from ruling on Defendant's motion for compassionate release in the above case.  The request is denied without prejudice to any application defendant wishes to make to Judge Castel.  The Chief Judge does not have authority to take the requested action in cases assigned to other members of the Court.

In addition to the address on the docket, the Clerk of Court is respectfully directed to mail a copy of this order to Mr. Fusco at the below address.

SO ORDERED.

Dated: New York, New York
      May 10, 2022

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge

Copy mailed to:

Emilio Fusco
Reg. No.: 02689-748
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432