UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

          -against-

EMILIO FUSCO,
                    Defendant.
-----------------------------------------------------------------x

09 Cr. 1239 (PKC)

ORDER

CASTEL, U.S.D.J.:

        The government shall respond to defendant Fusco's motion for compassionate release by July 8, 2022 and defendant Fusco may reply by August 12, 2022.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, NY
         May 18, 2022