```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA,                                   :      09 Cr. 1239 (PKC)
                                                            :
                                                            :      ORDER
                                                            :
                -against-                                   :
                                                            :
                                                            :
EMILIO FUSCO,                                               :
                            Defendant.                      :
------------------------------------------------------------x
```

CASTEL, U.S.D.J.:

The government shall respond to defendant Fusco's motion to recuse by October 19, 2022, and defendant Fusco may reply by November 23, 2022.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, NY
       October 4, 2022

COPY MAILED TO:

Emilio Fusco #02689-748
Federal Medical Center Devens
42 Patton Road
Ayer, MA  01432