UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                        :

UNITED STATES OF AMERICA,       :             09-cr-1239 (PKC)

                                          :

                                        :                ORDER

          -against-              :

                                          :

EMILIO FUSCO,                        :
                         Defendant.      :
-------------------------------------------------------------x

CASTEL, U.S.D.J.:

On January 23, 2026, defendant Emilio Fusco moved for a reduction in sentence under section 3582(c)(2) arguing, in essence, that his Guidelines range would be lower if he were sentenced under U.S.S.G. § 1B1.3(c), effective November 1, 2024, because, he argues, his acquitted conduct could not be considered in determining his sentence.  This, along with the section 3553(a) factors, would, in his view, justify a reduction in his sentence under section 3582(c)(2).

The government shall respond to the motion by May 20, 2026.  Mr. Fusco may reply by June 22, 2026.

SO ORDERED.

                                                        P. Kevin Castel
                                       United States District Judge

Dated: New York, NY
      April 8, 2026

cc:  Amanda Houle, Chief Criminal Division

                                     Mailed to Emilio Fusco on 4/8/2026